Linda G. **MORRIS, Plaintiff—Appellant,**

v.

**SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, Defendant—Appellee.**

No. 04–2373.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2005.

Decided: June 20, 2005.

John H. Morris, Jr., Baltimore, Maryland, for Appellant.

Allen F. Loucks, United States Attorney, John W. Sippel, Jr., Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Linda G. Morris appeals the district court's order granting summary judgment to the Defendant in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Morris v. Secretary, HHS*, No. CA–03–2856–RDB (D.Md. Sept. 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*